**UNITED STATES BANKRUPTCY COURT FOR**
**THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CASE NO: 20-80517** |
| **CHRISTOPHER LAVON VEREEN** | ) | |
| **DEBTOR** | ) | **CHAPTER 7** |
| | ) | |
| | ) | |
| **UNITED STATES SMALL** | ) | |
| **BUSINESS ADMINISTRATION** | ) | **Adv. Pro. No. 21-09001** |
| | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | |
| | ) | |
| | ) | |
| **CHRISTOPHER LAVON VEREEN** | ) | |

**AMENDED ANSWER**

NOW COMES the Defendant Christopher Lavon Vereen (hereinafter referred to as "Defendant" or "Vereen"), by and through the undersigned attorney, amending its Answer to Plaintiff's Complaint for Order determining and declaring that the loan debt owed it by the Defendant Christopher Lavon Vereen is non-dischargeable, and denying defendant a discharge in the above captioned Chapter 7 case Pursuant to Section 11 U.S.C. §§ 523(a)(2)(B) and 727(a)(4)(A), and (c)(1) and Fed. R. Bankr. P 7001(4) and (6) as follows:

**JURISDICTION AND VENUE**

1. Paragraphs 1-3 are hereby admitted;

**COUNT I**

**The SBA Loan Debt is Non-Dischargeable**

2. Paragraphs 4-9 are hereby admitted;
3. Paragraphs 10-11 are hereby denied;
4. Paragraphs 12-15 are admitted;
5. Paragraph 16 is denied;
6. Paragraph 17 is admitted;
7. Defendant, has insufficient information to either admit nor deny paragraph18.
8. Paragraphs 19-20 are denied;
9. Paragraphs 21 is denied;

**COUNT II**

**Denial of Discharge**

10. Paragraph 22 does not require a response;
11. Paragraph 23-24 are denied;
12. Defendant, has insufficient information to either admit or deny paragraph 25.
13. Paragraph 26 is admitted;
14. Paragraph 27 is denied;
15. Paragraph 28 is admitted
16. Paragraph 29 is denied.
17. Paragraph 30-34 are denied.

**AFFIRMATIVE DEFENSES**

Plaintiff failed to plead a cause of action for fraud with specificity.

_On this 22nd day of March , 2021.

The Lewis Law Firm, P.A.

s/Robert Lewis, Jr.
ROBERT LEWIS, JR.
Attorney for Debtor(s)
NC Bar # 35806
PO BOX 1446
Raleigh, NC 27602
Telephone: 919.987-2240
Facsimile: 919.573.9161
rlewis@thelewislawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I this day have served a copy of Defendant Christopher Lavon Vereen's Amended Answer to Plaintiff's Complaint.

To all the other parties listed below electronically via CM/ECF, e-mail or by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, as indicated below, this 22nd day of March, 2021.

William P. Miller
Bankruptcy Administrator (sent via electronic filing)

Nathan L. Strup (sent via electronic filing)
Assistant U.S. Attorney
Middle District North Carolina
101 South Edgeworth Street 4th Floor
Greensboro, NC 27401

John Paul H. Cournoyer (via ECF)
Northern Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 275 17

On this 22nd day of March , 2021.

The Lewis Law Firm, P.A.

s/Robert Lewis, Jr.
ROBERT LEWIS, JR.
Attorney for Debtor(s)
NC Bar # 35806
PO BOX 1446
Raleigh, NC 27602
Telephone: 919.987-2240
Facsimile: 919.573.9161
rlewis@thelewislawfirm.com