IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

CHRISTOPHER LAVON VEREEN,

Debtor.

CASE NUMBER: 20-80517
CHAPTER 7

UNITED STATES SMALL BUSINESS ADMINISTRATION,

Plaintiff,

and

WILLIAM P. MILLER, UNITED STATES BANKRUPTCY ADMINISTRATOR and JOHN PAUL H. COURNOYER, solely in his capacity as Chapter 7 Trustee for Christopher Lavon Vereen,

Plaintiff-Intervenors,

v.

CHRISTOPHER LAVON VEREEN,

Defendant.

ADVERSARY PROCEEDING NUMBER: 21-09001

**INITIAL DISCLOSURES OF THE PLAINTIFF BANKRUPTCY ADMINISTRATOR**

NOW COMES, Plaintiff-Intervenor William P. Miller, Bankruptcy Administrator, and pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a), makes the following disclosures:

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that

information—that the Plaintiff may use to support his claims or defenses, unless the use would be solely for impeachment:

- Defendant
- Individuals at the U.S. Small Business Administration with knowledge of the pre-petition loan obtained by the Defendant;
- Will Lilly, Iron Horse Auction Company, Inc., PO Box 1267, Rockingham, NC 28380, 910.997.2248;
- Blake Gray or other individuals with knowledge at Exclusive Auto Wholesale, 196 Chandalar Place Drive, Pelham, Alabama 35124, 205-624-4783
- John Paul Cournoyer, Trustee, Northen Blue, LLP, Suite 435, 1414 Raleigh Road, Chapel Hill, NC 27517, 919-968-4441

2. Documents in the Plaintiff-Intervenor's possession, custody, or control that he may use to support his claims or defenses, include all filed documents and pleadings in the underlying bankruptcy case, including the filed petition and schedules, as well as the attachments to the Plaintiff-Intervenor Trustee's response to the Defendant's motion to convert to chapter 13. Additional documents that may be used include the documents produced in response to subpoenas issued to Gate City Bank, Exclusive Auto Wholesale, South Side Wrecker, and Gaston Sheehan Auctioneers, Inc. To the extent additional documents that the Plaintiff may use to support his claims are subsequently discovered, they shall be produced as well, promptly upon the discovery of such documents.

3. This adversary proceeding does not seek the recovery of monetary damages.

4. The Plaintiff is not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment.

RESPECTFULLY SUBMITTED, this the 6th day of May 2021.

s/ Robert E. Price, Jr.
Robert E. Price, Jr.
Assistant Bankruptcy Administrator
State Bar No. 9422
101 S. Edgeworth Street
Greensboro, NC 27401
(336) 358-4179

**CERTIFICATE OF SERVICE**

This is to certify that on May 6, 2021, the foregoing document was served upon the following parties or counsel by electronic notice or by depositing a copy in the United States mail, first class, postage prepaid, as indicated below:

JP Cournoyer via electronic filing

U.S. Small Business Administration
c/o U.S. Attorney's Office MDNC
Nathan L. Strup via electronic filing

Robert Lewis, Jr. via electronic filing

Christopher Lavon Lewis
4600 University Drive, Apt 1309
Durham, NC 27707

**U. S. BANKRUPTCY ADMINISTRATOR**

By: s/ Traci D. Galloway
Bankruptcy Paralegal